_____ Send
_____ Clsd
_____ Enter
__✓__ JS-5/JS-6
_____ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT

APR 2 0 2010

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHARLES RHODES )  NO. CV 08-330-GHK(PJWx)
                )
        Plaintiff, )  JUDGMENT
                )
    vs.         )
                )
WEINGART YMCA OF METROPOLITAN )
LOS ANGELES, et al. )
                )
        Defendant. )

Pursuant to our April 20, 2010 order granting defendants' motion for summary judgment on all of plaintiff's claims, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice, and plaintiff shall take nothing by his complaint.

IT IS SO ORDERED.

DATED: APRIL 20, 2010

George H. King
United States District Judge